

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

### No. 02-20-00071-CV

IN RE PABLO REYES

§     Original Proceeding

§     From the 16th District Court

§     of Denton County (19-4237-16)

§     March 19, 2020

§     Opinion by Chief Justice Sudderth

## JUDGMENT

The court has considered the petition for writ of mandamus filed by relator Pablo Reyes. We partially conditionally grant relator's petition. Writ will issue only if the trial court fails to tailor the order to comply with Rule 204.1's requirements in accordance with this opinion.

It is ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth